**No. 10-214. Richard Fraterrigo, Petitioner v. Akal Security, Inc.**

562 U.S. 1054, 131 S. Ct. 598, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8818.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 376 Fed. Appx. 40.

**No. 10-512. In re Grand Jury Proceedings.**

562 U.S. 1054, 131 S. Ct. 616, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8992.

November 15, 2010. Motion of petitioners to unseal the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-6354. Larry Jones, Petitioner v. Matthew C. Kramer, Warden.**

562 U.S. 1054, 131 S. Ct. 600, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8820.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 391 Fed. Appx. 635.

**No. 10-6396. Talakkottur R. David, Petitioner v. Fidelity Investments, et al.**

562 U.S. 1054, 131 S. Ct. 603, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8916, ▮

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-6616. Troy Anthony Francis Gordon, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1054, 131 S. Ct. 610, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8935.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 368 Fed. Appx. 250.

**No. 10-6936. Xiang Li, Petitioner v. United States.**

562 U.S. 1054, 131 S. Ct. 613, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8876, ▮

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 381 Fed. Appx. 38.

**No. 10-6944. Ali Awad, Petitioner v. United States.**

**No. 10-6974. Abdi Emil Moge, Petitioner v. United States.**

562 U.S. 1054, 131 S. Ct. 613, 178 L. Ed. 2d 453, 2010 U.S. LEXIS 8877.

November 15, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied.

Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 598 F.3d 76 and 369 Fed. Appx. 242.